UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCOTT SAUNDERS,

    Plaintiff

v.                                                          C.A. No. 15-cv-11509-NMG

RICHARD K. BILLINGS,

    Defendant

### DEFENDANT RICHARD K. BILLINGS' MOTION FOR RECONSIDERATION OF THE DENIAL OF HIS MOTION FOR SUMMARY JUDGMENT AS TO COUNTS I AND III

The Defendant, Richard K. Billings, most respectfully requests that this Honorable Court reconsider its denial of his motion for summary judgment as to Count I under 42 U.S.C. § 1983 (First Amendment Retaliation) and Count III (Intentional Interference with Advantageous Business Relations). Specifically, Defendant Billings requests the Court reconsider the Plaintiff's failure to provide any evidence of causation (Count I) or interference (Count III) showing that Defendant Billings engaged in any act of any kind to interfere with the Board of Selectmen's exercise of their discretion as Appointing Authority for the Town of Hull. For the reasons more fully discussed below, Defendant Billings most respectfully requests that the Court reconsider its denial of his motion for summary judgment and to enter judgment for Defendant Billings on Count I and Count III of Plaintiff's Complaint.

Defendant Billings acknowledges and accepts, for the purposes of summary judgment and this motion for reconsideration, that the Court has found that factual disputes exist regarding the Plaintiff's claims as to Chief Billings' motivations. (See Dkt # 36, Pg. 13)("The parties disagree on then-Chief Billings' motivation in declining to recommend plaintiff for

*Motion denied.* s/NMGorton, USDJ 1/31/17