UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT SAUNDERS,<br><br>      Plaintiff<br><br>v.<br><br>TOWN OF HULL and RICHARD K. BILLINGS,<br><br>      Defendants | C.A. No. 15-cv-11509-NMG |

**JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT BILLINGS WITH PREJUDICE AND FOR ENTRY OF FINAL JUDGMENT ON PLAINTIFF'S CLAIMS AGAINST DEFENDANT TOWN OF HULL**

The parties in the above-captioned matter jointly request that the Court dismiss Plaintiff Saunders' claims against Defendant Richard Billings with prejudice, without costs or attorney's fees and all rights of appeal waived. This request is made pursuant to a settlement agreement reached between Plaintiff Saunders and Defendant Billings to settle and dismiss all counts against Defendant Billings. Furthermore, the parties request that the Court enter final judgment on the Plaintiff's claims against the Defendant Town of Hull, in favor of the Town.

*Joint motion allowed.*
*NMGorton, USDJ 2/3/17*